IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| David Zowine, | ) | No. CV 14-00892-PHX-GMS |
| Plaintiff, | ) | **JUDGMENT ON ATTORNEYS FEES** |
| vs. | ) | |
| George Prussin, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Order filed on June 16th 2016, judgment is entered for Defendants George Prussin and Jane Doe Prussin and awarding $36,441.00 in fees and zero in costs, for a total of $36,441.00.

JUDGMENT ENTERED THIS 16th day of June, 2016

BRIAN D. KARTH
District Court Executive/Clerk

s/Kathy Gerchar
Deputy Clerk